# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH GILTON

NO. 2019 KW 1062

**SEP 17 2019**

In Re:    Kenneth Gilton, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2014-192277.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the claim raised in the writ application. Relator failed to include the district court's ruling(s), his complete **Boykin** and sentencing transcript, the bill of information, the uniform commitment order, filed-stamped copies of his filings in the district court, a copy of the transcript from the May 2018 hearing on his motion to correct an illegal sentence below, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before November 18, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              **VGW**
                              **JMG**
                              **WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT